UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE LUIS GOMEZ BASURTO, RODEL LEONEL OVALLE PEREZ, DINAEL GONZALO SIRIN COLO and EDGAR EDUARDO MONTERROSO LOPEZ, *individually and on behalf of others similarly situated,*

       *PlaintiffS*,

   -against-

TSG 89 CORP (D/B/A MIDNIGHT EXPRESS DINER), THEODORE SANTIS, ARI DOE, GEORGE SANTIS, and ALEX SANTIS,

       *Defendants.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019
```

18-CV-06827-BCM

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for the parties, that the Complaint and any and all claims that were or could have been asserted in this action against Defendants TSG 89 Corp (d/b/a Midnight Express Diner), ("Defendant Corporation"), Theodore Santis, Ari Doe, George Santis, and Alex Santis, hereby dismissed in their entirety, with prejudice, and with each party to bear its own costs, expenses, disbursements, and attorneys' fees.

Date: New York, New York
    November 14, 2019

/S/ Andreas Koutsoudakis
_____
Andreas Koutsoudakis, Esq.
KOUTSOUDAKIS & IAKOVOU LAW GROUP, PLLC
90 Broad Street, Third Floor
New York, NY 10004
Tel: 212-386-7606
Fax: 212-777-1884
Email: andreas@kilawgroup.com
*Attorneys for Defendants*

/S/ Michael A. Faillace
_____
Michael A. Faillace, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
60 East 42nd St., Suite 2540
New York, NY 10165
Tel.: 212-317-1200
Fax: (212) 317-1620
Email: michael@faillacelaw.com
*Attorneys for Plaintiffs*

           SO ORDERED.

           _____
           Barbara Moses, U.S.M.J.
           November 15, 2019